No. A–340 (88–5828). DUNKINS *v.* THIGPEN, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–384 (88–90). CHABAD *v.* AMERICAN CIVIL LIBERTIES UNION ET AL. C. A. 3d Cir. [Certiorari granted, *ante,* p. 816.] Application for recall and stay of the mandate of the United States Court of Appeals for the Third Circuit, presented to JUSTICE BRENNAN, and by him referred to the Court, denied. JUSTICE BLACKMUN would grant the application.

No. D–724. IN RE DISBARMENT OF STORTS. Disbarment entered. [For earlier order herein, see 487 U. S. 1248.]

No. D–729. IN RE DISBARMENT OF BONGIORNO. Disbarment entered. [For earlier order herein, see 487 U. S. 1249.]

No. D–742. IN RE DISBARMENT OF FREDERICK. It is ordered that Helen Rice Frederick, of Carson, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–743. IN RE DISBARMENT OF CARTER. It is ordered that Joseph R. Carter, Jr., of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–744. IN RE DISBARMENT OF HECHT. It is ordered that Samuel J. Hecht, of Philadelphia, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–745. IN RE DISBARMENT OF DENKER. It is ordered that Barry Howard Denker, of Philadelphia, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.